ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
JEREMY GREENE,

                Plaintiff,          19 Civ. 6157 (LLS)

    - against -                   ORDER

SCORES HOLDING COMPANY, INC, SCORES
MEDIA GROUP, LLC, SWAN MEDIA GROUP, INC.,
SCORES DIGITAL GAMING, LLC, ROBERT GANS,
CHARILAOS YIOVES a/k/a HARRY YIOVES,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

    It having been reported to the Court that this action is settled; it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the Court's calendar.

    So ordered.

Dated: New York, New York
       December 8, 2022

                                            *Louis L. Stanton*
                                           LOUIS L. STANTON
                                              U.S.D.J.